IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA
RENO DIVISION

| | |
|---|---|
| JAMES L. MCCLAIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. |
| | ) 3:14-cv-00186-RCJ-WGC |
| | ) |
| CAROLYN W. COLVIN, | ) |
| Acting Commissioner of | ) |
| Social Security, | ) |
| | ) |
| Defendant. | ) |

ORDER

AND NOW, this 20th day of November 2014, upon consideration of Plaintiff's Motion for an Enlargement of Time, it is hereby **ORDERED** that the time in which Plaintiff may file an opening brief is enlarged to December 22, 2014.

BY THE COURT:

_William J. Cobb_
_____
UNITED STATES MAGISTRATE JUDGE