UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \*\*

| | |
|---|---|
| JAMES LEON MCCLAIN, | |
| Plaintiff, | CASE NO.: 3:14-CV-00186-RCJ-WGC |
| v. | O R D E R |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

The Court has considered the Report and Recommendation of United States Magistrate (ECF #18) entered on July 27, 2015, in which the Magistrate Judge recommends the Court deny Plaintiff's Motion for Remand/Reversal (ECF #14) and Commissioner's Cross-Motion to Affirm (ECF #15) be granted. The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge (ECF #18).

IT IS HEREBY ORDERED that Plaintiff's Motion for Remand/Reversal (ECF #14) is **DENIED.**

IT IS FURTHER ORDERED that the Commissioner's Cross-Motion to Affirm (ECF #15) is **GRANTED** and that the decision of the ALJ is **AFFIRMED**.

IT IS SO ORDERED this 25th day of August, 2015.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE